JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GALARDI GROUP, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. 2:13-cv-2637-SVW-AJW <br><br> ORDER REMOVING CASE FROM ACTIVE CASELOAD |

    The Court having been advised by the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 60 days, to request a status conference be scheduled if settlement is not consummated, or to file a stipulation of dismissal.

    This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 31, 2013

_____
THE HON. STEPHEN V. WILSON
United States District Judge