JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA, | CASE NO. 2:13-cv-2637-SVW-AJW |
| Plaintiff, | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | |
| GALARDI GROUP, ET AL., | |
| Defendants. | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 60 days, to request a status conference be scheduled if settlement is not consummated, or to file a stipulation of dismissal.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 31, 2013

_____
THE HON. STEPHEN V. WILSON
United States District Judge